United States District Court
Southern District of Texas
**ENTERED**
April 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STERLING SENECHAL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00686 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case on April 8, 2024, the plaintiff shall take nothing by her lawsuit.

This is a **FINAL JUDGMENT**.

SIGNED on April 8, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge